

# Bunker

M/V COSCO NAGOYA  
AND/OR OWNERS/CHARTERERS

**TAX INVOICE**

Cosco Petroleum Pte Ltd  
9 Temasek Boulevard #07-00i  
Suntec Tower Two  
Singapore, SG-038989  
Singapore

| | |
|---|---|
| DATE OF INVOICE : | 02. October 2014 |
| INVOICE NO : | 197-1410003 |
| ORDER NO. : | 197-19115 |
| DATE OF SUPPLY : | 02. October 2014 |
| DUE DATE : | 31. October 2014 |

PORT: ROTTERDAM  
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 880,090 MT | Fueloil 380-CST 1% | 555,00 MT | 488.449,95 |

EXCHANGE RATE: USD 1 = SGD 1.2674

| | | |
|---|---|---|
| Add Tax @0,000% | USD | 0,00 |
| Total | USD | 488.449,95 |

EXCHANGE RATE : USD 1 = USD 1,0000  
USD:  
The prices are excl. all taxes and/or other fees.

TERMS OF PAYMENT 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

O.W. BUNKER FAR EAST (S) PTE. LTD.

| | |
|---|---|
| BANK: | ING Bank N.V. |
| ACCOUNT: | IBAN: NL95 INGB 0020 1182 44 |
| | IBAN: NL58 INGB 0651 3629 97 |
| SWIFT: | INGBNL2A |

USD and all other currencies  
EUR

300 Beach Road  
#32-01/03, The Concourse  
SINGAPORE 199555

Phone: +65 631 70 000  
Fax  +65 639 61 270

Telex: 051-8407 8841  
Cables: OWBUNKER

EXHIBIT D